# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **DENNIS RAY DAVIS, JR.** | **CIVIL ACTION NO. 18-0988** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE ELIZABETH E. FOOTE** |
| **1ST JUDICIAL DISTRICT COURT, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Dennis Ray Davis, Jr.'s Complaint is **DISMISSED** as frivolous and malicious **WITHOUT PREJUDICE** to Plaintiff's right to prosecute the pending, duplicative proceedings.

Plaintiff's Motion in Limine [Record Document 8] is hereby **DENIED AS MOOT**.

SHREVEPORT, LOUISIANA, this ~~14~~ day of ~~December, 2018~~. January, 2019

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE